# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| Vicki Orkies    *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No. 3-16-cv-27-CRS |
| Trans Union, LLC    *Defendant* Serve:    The Prentice Hall Corp. System    421 West Main Street    Frankfort, KY 40601 | ) ) ) ) ) ) ) | |

## COMPLAINT and DEMAND FOR JURY TRIAL

### Introduction

1. This is a complaint for damages for Defendant Trans Union, LLC's violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

### Jurisdiction and Venue

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p. Venue is proper, because many of the relevant events affected and/or damaged a consumer living within Bullitt County, Ky., which is located within this District.

### Parties

3. Plaintiff Vicki Orkies is a natural person who resides in Bullitt County, Ky. Ms. Orkies is a "consumer" within the meaning of the FCRA, as defined at 15 U.S.C. § 1681a(c).

4. Defendant Trans Union, LLC is a foreign limited liability company, with its principal place of business located at 555 West Adams, Chicago, IL 60661. Trans Union has registered to do business with Kentucky Secretary of State. Trans Union is a "consumer reporting agency" within the meaning of the FCRA.

## Statement of Facts

5. Ms. Orkies wants to buy a home of her own.

6. Like most people when buying a home, Ms. Orkies needs a home loan.

7. Ms. Orkies has been working with a bank loan officer to facilitate qualifying for a home loan.

8. As part of the qualification process, the loan officer obtained and reviewed Ms. Orkies' tri-merged consumer credit report.

9. Ms. Orkies' tri-merged credit report included credit information about her that was reported by Trans Union.

10. The credit information reported by Trans Union concerning Ms. Orkies includes false, misleading, and inaccurate information concerning two judgments entered in Bullitt District Court: one in entered in favor of Portfolio Recovery Associates, LLC ("PRA") and the other in favor of GE Capital Retail Bank ("GECRB").

11. The information concerning the PRA and GECRB judgments is false because the Bullitt District Court vacated both judgments on August 7, 2015.

12. Ms. Orkies' loan officer told Ms. Orkies in no uncertain terms that the status and information concerning the two judgments as reported by Trans Union was keeping her from getting a home loan.

13. Ms. Orkies was shocked and dismayed by this news.

14. As a direct result of Trans Union's false misrepresentations on her consumer credit report concerning the unsatisfied PRA and GECRB judgments, Ms. Orkies cannot get approval for a home loan.

15. As a direct result of Trans Union's false misrepresentations on her consumer credit report concerning the unsatisfied PRA and GECRB judgments, Ms. Orkies incurred fees and costs associated with correcting the false information on her credit report.

16. As a direct result of Trans Union's false misrepresentations on her consumer credit report concerning the PRA and GECRB judgments, Ms. Orkies suffered anxiety, stress, and upset.

17. The reporting of the judgments as unsatisfied and extant was inaccurate in violation of the FCRA, 15 U.S.C. § 1681e(b). Trans Union failed to follow reasonable procedures to assure maximum possibility accuracy in the preparation of Ms. Orkies' credit reports and credit files it publishes and maintains concerning Ms. Orkies. If Trans Union had reasonable procedures in place, it would have discovered the two court orders vacating the PRA and GECRB judgments *before* publishing Ms. Orkies' credit report to one or more users in connection with Ms. Orkies'

loan application.

18. Trans Union failed to maintain reasonable procedures designed to avoid violations of the FCRA in connection with the vacated PRA and GECRB judgments.

## Claims

### Class Claims for Violations of the Fair Credit Reporting Act

19. Plaintiff Vicki Orkies states each of the allegations in the preceding paragraphs as if fully set forth herein.

20. Trans Union, LLC violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it furnished to users concerning Ms. Orkies and the PRA and GECRB judgments.

21. Trans Union's conduct, actions and inactions were willful, rendering Trans Union liable to Ms. Orkies under 15 U.S.C. § 1681n for actual, statutory, and punitive damages, along with attorney's fees and costs. Trans Union was on clear notice that the failure to update public records with respect to judgments was problematic for Trans Union. Other lawsuits raising the same issue have been filed against Trans Union in this and other jurisdictions for the same failure.

22. In the alternative, Trans Union's conduct, actions and inactions were negligent rendering Trans Union liable to Ms. Orkies under 15 U.S.C. § 1681o for actual damages, along with attorney's fees and costs.

## Prayer for Relief

**WHEREFORE**, Plaintiff Vicki Orkies requests that the Court grant her the following relief:

1. Award the maximum amount of statutory damages under 15 U.S.C. §1681n;

2. Award Plaintiff Attorney's fees, litigation expenses and costs;

3. Award Plaintiff actual damages under 15 U.S.C. §1692n or, in the alternative, under 15 U.S.C. § 1681o;

4. Award Plaintiff punitive damages under 15 U.S.C. § 1681n;

5. A trial by jury; and

6. Any other relief to which Plaintiff may be entitled.

-4-

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite #4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com

-4-